UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DILENIA PAGUADA, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>-against-<br><br>SODASTREAM USA, INC.,<br><br>Defendant. | Case No: 1:20-cv-08479-JMF<br><br>**STIPULATION OF DISMISSAL<br>WITH PREJUDICE** |

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties and their respective counsel, that the above-entitled action against Defendant, shall be and hereby is dismissed with prejudice and without costs, or disbursements, or attorneys' fees to any party, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

Dated:   Queens, New York
         December 15, 2020

| | |
|---|---|
| **Mars Khaimov Law, PLLC** | **Crowell & Moring, LLP** |
| By:/s/ Mars Khaimov | By:    /s/ Ira M. Saxe |
| Mars Khaimov, Esq. | Ira M. Saxe, Esq. |
| 10826 64th Avenue, Second Floor | 590 Madison Ave., 20th Floor |
| Forest Hills, New York 11375 | New York, New York 10022 |
| marskhaimovlaw@gmail.com | isaxe@crowell.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

SO ORDERED.

December 16, 2020